UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW POZNIAK, DARRELL PARKINSON, and PATTY PARKINSON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:22-cv-00189-VAB |

## MOTION FOR LEAVE FOR J. BRANDON McWHERTER TO APPEAR AS "VISITING ATTORNEY"

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, Sean K. Collins, a member of the bar of this Court and counsel of record in this matter, hereby respectfully moves this Court for an order allowing J. Brandon McWherter to appear *pro hac vice,* or as a "visiting attorney," before this Court as counsel for Plaintiffs, Andrew Pozniak, Darrell Parkinson and Patty Parkinson in this matter. In support thereof, undersigned counsel respectfully submits as follows:

1. I am an attorney in good standing and authorized to practice law in the District of Connecticut.

2. While I practice primarily out of my Boston, Massachusetts office, I also maintain an office in Hartford, Connecticut where I can accept service: Law Offices of Sean K. Collins, 100 Pearl Street, 14th Floor, Hartford, CT 06103.

3. Additionally in support of this Motion, I submit Mr. McWherter's Affidavit for Admission, attached as *__Exhibit 1__*.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2022

Respectfully submitted,

/s/      Sean K. Collins
SEAN K. COLLINS
(CT Bar #429923)
**LAW OFFICES OF SEAN K. COLLINS**
184 High Street, Suite 503
Boston, MA 02110
Tel: (855) 693-9256
Fax: (617) 227-2843
sean@neinsurancelaw.com

*Attorney for Plaintiffs and
the Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2022, a true and correct copy of the foregoing MOTION FOR LEAVE FOR J. BRANDON McWHERTER TO APPEAR PRO HAC VICE was served by CM/ECF to the parties registered to the Court's CM/ECF system. A hardcopy will also be served along with the summons and the complaint on Defendants' agent for process.

                                                        s/ Sean K. Collins