UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **ANDREW POZNIAK, DARRELL PARKINSON, and PATTY PARKINSON,** individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**TWIN CITY FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,**<br><br>    Defendants. | Case No. 3:22-cv-00189-VAB |

**SWORN AFFIDAVIT OF J. BRANDON McWHERTER IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS "VISITING ATTORNEY"**

Pursuant to Local Rule 83.1 (d), I, J. Brandon McWherter, do hereby swear under penalty of perjury that the following is true and correct:

1. I am a partner with the law firm of McWherter Scott Bobbitt PLC with the principal office located at:

   McWherter Scott & Bobbitt, PLC
   341 Cool Springs Blvd., Suite 230
   Franklin, Tennessee 37067
   Telephone: (615) 354-1144
   Fax: (731) 664-1540
   brandon@msb.law

2. I am an attorney in good standing and duly licensed to practice law in the states of Tennessee (TN Bar No. 21600)(Western, Middle and Eastern Districts; Tennessee Supreme Court), Mississippi (MS Bar No. 105244)(Northern and Southern Districts), and Arkansas (AR Bar No. 2018088)(Eastern and Western Districts). I am also admitted in the following courts:

Illinois Northern, Central and Southern Districts (no assigned bar number); Ohio Southern District (no assigned bar number); Wisconsin Western District (no assigned bar number); and the Court of Appeals Fifth, Sixth and Eleventh Circuits (no assigned bar number).

3. I am in good standing with all courts before which I am licensed to practice or admitted to practice.

4. I am not now, nor have I ever been, the subject of disciplinary complaint or proceeding pending in any jurisdiction. Therefore, (i) I have no pending disciplinary complaints to which a finding has been made that such complaint should proceed to a hearing, and (ii) I have not been denied admission to, been disciplined by, resigned from, or surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I will make payment due to the Clerk of the United States District Court in accordance with Local Rule 83.1(d).

7. I designate my sponsoring attorney Sean K. Collins (CT Bar No. 429923) who maintains an office at 100 Pearl Street, 14th Floor, Hartford, CT 06103, as my agent for service of process, and the District of Connecticut will serve as the forum for resolution of any dispute arising out of my admission under this Local Rule 83.1(d).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2022.

s/ J. Brandon McWherter
J. Brandon McWherter
McWherter Scott Bobbitt PLC
341 Cool Springs Blvd., Ste. 230
Franklin, TN 37067
(615) 354-1144
brandon@msb.law

*Counsel for Plaintiffs and putative class*
