STATE OF CONNECTICUT:
:  ss: HARTFORD        FEBRUARY 4, 2022
COUNTY OF HARTFORD  :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I made due and legal service upon the within named defendant **HARTFORD CASUALTY INSURANCE COMPANY**, by leaving two (2) verified true and attested copies of the original SUMMONS IN A CIVIL CASE, MOTION FOR LEAVE FOR J. BRANDON MCWHERTER TO APPEAR AS "VISITING ATTORNEY", CERTIFICATE OF SERVICE, SWORN AFFIDAVIT OF J. BRANDON MCWHERTER IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS "VISITING ATTORNEY", SWORN AFFIDAVIT OF ERIK D. PETERSON IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS "VISITING ATTORNEY", MOTION FOR LEAVE FOR ERIK D. PETERSON TO APPEAR AS "VISITING ATTORNEY", CERTIFICATE OF SERVICE, NOTICE OF APPEARANCE OF SEAN K. COLLINS, CERTIFICATE OF SERVICE, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44, CLASS ACTION COMPLAINT, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with my doings thereon endorsed, with and in the hands of MICHAEL MACK, at the office of ANDREW MAIS, INSURANCE COMMISSIONER OF THE STATE OF CONNECTICUT, at least twelve (12) days before the session of the Court to which this writ is returnable. Said Insurance Commissioner is the duly authorized Agent to accept service for the within named defendant **HARTFORD CASUALTY INSURANCE COMPANY,** in the said town of HARTFORD, County of Hartford.

And also, on the 4TH day of FEBRUARY, 2022, I made due and legal service upon the within named defendant **TWIN CITY FIRE INSURANCE COMPANY**, by leaving two (2) verified true and attested copies of the original SUMMONS IN A CIVIL CASE, MOTION FOR LEAVE FOR J. BRANDON MCWHERTER TO APPEAR AS "VISITING ATTORNEY", CERTIFICATE OF SERVICE, SWORN AFFIDAVIT OF J. BRANDON MCWHERTER IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS "VISITING ATTORNEY", SWORN AFFIDAVIT OF ERIK D. PETERSON IN

SUPPORT OF MOTION FOR LEAVE TO APPEAR AS "VISITING ATTORNEY", MOTION FOR LEAVE FOR ERIK D. PETERSON TO APPEAR AS "VISITING ATTORNEY", CERTIFICATE OF SERVICE, NOTICE OF APPEARANCE OF SEAN K. COLLINS, CERTIFICATE OF SERVICE, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44, CLASS ACTION COMPLAINT, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with my doings thereon endorsed, with and in the hands of MICHAEL MACK, at the office of ANDREW MAIS, INSURANCE COMMISSIONER OF THE STATE OF CONNECTICUT, at least twelve (12) days before the session of the Court to which this writ is returnable. Said Insurance Commissioner is the duly authorized Agent to accept service for the within named defendant **TWIN CITY FIRE INSURANCE COMPANY,** in the said town of HARTFORD, County of Hartford.

The within is the original SUMMONS IN A CIVIL CASE, MOTION FOR LEAVE FOR J. BRANDON MCWHERTER TO APPEAR AS "VISITING ATTORNEY", CERTIFICATE OF SERVICE, SWORN AFFIDAVIT OF J. BRANDON MCWHERTER IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS "VISITING ATTORNEY", SWORN AFFIDAVIT OF ERIK D. PETERSON IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS "VISITING ATTORNEY", MOTION FOR LEAVE FOR ERIK D. PETERSON TO APPEAR AS "VISITING ATTORNEY", CERTIFICATE OF SERVICE, NOTICE OF APPEARANCE OF SEAN K. COLLINS, CERTIFICATE OF SERVICE, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44, CLASS ACTION COMPLAINT, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES AND ORDER RE: DISCLOSURE STATEMENT, with my doings thereon endorsed.

| | | |
|---|---|---|
| Pd. Ins. Comm. | $100.00 | ATTEST: |
| Verified pages | 160.00 | KEITH NIZIANKIEWICZ |
| Endorsements | 16.40 | CT STATE MARSHAL |
| Service | 60.00 | HARTFORD COUNTY |
| Travel | 10.00 | |
| Total | $346.40 | |