# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## James Brandon McWherter

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on October 31, 2001, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 11th day of February, 2022.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: *Lisa Miller*
Lisa Miller, D.C.



Middle Division

**RECEIPT**

Appellate Court Clerk's Office - Nashville
100 Supreme Court Building
401 7th Avenue North
Nashville, TN 37219-1407
(615) 741-2681
Tax ID#: 62-6001445

**RECEIPT # 165252**
RECEIPT DATE:
FEBRUARY 11, 2022

**PAID BY:** McWherter, Scott & Bobbitt
54 Exeter Rd.
Suite D.
Jackson, TN 38305

Clerk: LAM
Receipted: $50.00

| PAYMENT METHOD(S) | VOID | CHECK/MO NO. | AMOUNT |
|---|---|---|---|
| Check | | 2067 | $50.00 |

| DESCRIPTION | COMMENTS | QTY | UNIT PRICE | ITEM TOTAL |
|---|---|---|---|---|
| Certificate of Good Standing | | 1 | $50.00 | $50.00 |

| | TOTAL | $50.00 |
|---|---|---|

| INVOICE | BALANCE DUE |
|---|---|
| #190763 | $0.00 |