AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| ANDREW POZNIAK, ET AL ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:22-cv-00189 VAB |
| TWIN CITY FIRE INSURANCE COMPANY, ET AL ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                              .

Date:   02/14/2022

s/ J. Brandon McWherter
*Attorney's signature*

J. Brandon McWherter (TN Bar 21600)
*Printed name and bar number*
McWherter Scott & Bobbitt PLC
341 Cool Springs Blvd., Ste 230
Franklin, TN 37067

*Address*

brandon@msb.law
*E-mail address*

(615) 354-1144
*Telephone number*

(731) 664-1350
*FAX number*