## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW POZNIAK, DARRELL PARKINSON, and PATTY PARKINSON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 3:22-cv-00189-VAB<br><br><br>February 18, 2022 |

## NOTICE OF APPEARANCE

To the Clerk of this Court, please enter my appearance in this case for the Defendants,

Twin City Fire Insurance Company and Hartford Casualty Insurance Company.

Respectfully submitted,

/s/ *Kim E. Rinehart*

Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
Telephone:  (203) 498-4363
Facsimile:  (203) 782-2889

*Attorney for Defendants Twin City Fire Insurance Company and Hartford Casualty Insurance Company*

88888888\829\4871-5659-6495.v1

2

## **CERTIFICATE OF SERVICE**

This is to certify that on the 18th day February, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail or regular mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Kim E. Rinehart

Kim E. Rinehart

2