## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW POZNIAK, DARRELL PARKINSON, and PATTY PARKINSON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN CITY FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No: 3:22-cv-00189-VAB<br><br>February 18, 2022 |

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Twin City Fire Insurance Company and Hartford Casualty Insurance Company make the following disclosures through undersigned counsel.

**Twin City Fire Insurance Company**

Twin City Fire Insurance Company, an Indiana corporation, is wholly owned by Hartford Fire Insurance Company, a Connecticut corporation. Hartford Fire Insurance Company is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation owns 10% or more of its common stock.

**Hartford Casualty Insurance Company**

Hartford Casualty Insurance Company, an Indiana corporation, is wholly owned by Hartford Fire Insurance Company, a Connecticut corporation. Hartford Fire Insurance Company is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation owns 10% or more of its common stock.

                              **DEFENDANTS**

                              /s/ *Kim E. Rinehart*
                              Kim E. Rinehart (ct24427)
                              WIGGIN AND DANA LLP
                              One Century Tower
                              265 Church Street
                              P.O. Box 1832
                              New Haven, CT 06508-1832
                              Telephone:  (203) 498-4363
                              Facsimile:  (203) 782-2889

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day February, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail or regular mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Kim E. Rinehart  
Kim E. Rinehart