# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW POZNIAK, DARRELL PARKINSON, and PATTY PARKINSON, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN CITY FIRE INSURANCE COMPANY and HARTFORD CASUALTY INSURANCE COMPANY, <br><br> Defendants. | Case No: 3:22-cv-00189-VAB <br><br> February 18, 2022 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendants Twin City Fire Insurance Company and Hartford Casualty Insurance Company ("Defendants") hereby respectfully move this Court for a thirty (30) day extension of their deadline to answer, move or otherwise respond to Plaintiffs' Class Action Complaint. As the current deadline for Defendants' response is February 25, 2022, the new deadline would be March 28, 2022.

There is good cause for the requested extension for multiple reasons. First, service was not affected on Defendants directly, but instead on the Insurance Commissioner. Recognizing that such service does not immediately make its way to an insurer, Connecticut General Statutes § 38a-26(e) provides forty-five days from the date of such service for an insurer to respond (which would be March 21, 2022 here). Thus, there is lack of clarity concerning Defendants'

answer deadline.  Second, this is a complex putative class action and additional time is required for Defendant's counsel to gather and analyze the relevant facts and laws.  Defendant's counsel has contacted Plaintiff's counsel, who consents to the requested extension.   No prior extensions of this deadline have been sought by Defendants.

Accordingly, Defendants respectfully request that the Motion be granted and that the deadline for filing a response to the Class Action Complaint be extended by thirty (30) days, through and including March 28, 2022.

**DEFENDANTS**

*/s/ Kim E. Rinehart*
Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
krinehart@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889

**CERTIFICATE OF SERVICE**

This is to certify that on the 18th day February, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent via e-mail or regular mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kim E. Rinehart*
Kim E. Rinehart

88888888\829\4867-7596-3919.v1