AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

## CERTIFICATE OF GOOD STANDING

I, __Robert R. Carr__, Clerk of this Court,

certify that __Erik David Peterson__, Bar # __93003__,

was duly admitted to practice in this Court on __05/21/2013__, and is in good standing as a member

of the Bar of this Court.

Dated at __Lexington, KY__ on __01/28/2022__
    _(Location)_                                    _(Date)_


__Robert R. Carr__                                __James E. Reeder__
CLERK                                              DEPUTY CLERK